UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

SURENDER KAMBOJ,

Petitioner,

v.

WARDEN, et al.,

Respondents.

No. 5:26-cv-06170-PA-JDE

ORDER GRANTING PETITION

On October 19, 2026, Surender Kamboj ("Petitioner"), through counsel, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, alleging his detention by immigration authorities violates the Due Process Clause. Dkt. 1 ("Petition"). As for substantive relief, he seeks immediate release and an injunction barring Respondents from re-detaining him without providing him a hearing before a neutral arbiter at which the government bears the burden of proof by clear and convincing evidence that he is a flight risk or a danger to the community. Id. at 16-17. The same day, Petitioner filed a Motion for a Temporary Restraining Order seeking immediate release. Dkt. 2 ("Motion").

On October 21, 2026, Respondent filed a Response to the Motion and an Answer to the Petition advising they "are not presenting an opposition

argument at this time," requesting that, if the Court finds relief warranted, it enter judgment without further filings in accordance with General Order 26-05. Dkt. 8 ("Statement of Non-Opposition").

Based on the unopposed Petition and the Statement of Non-Opposition, the Court vacates the referral to the magistrate judge (Dkt. 4), grants the Petition to the extent it seeks Petitioner's immediate release, but denies the Petition to the extent it purports to impose limitations on future immigration proceedings involving Petitioner as speculative, and denies the Motion (Dkt. 2) as moot,.

THERFORE, IT IS ORDERED that: (1) based on the relief granted herein, the Motion (Dkt. 2) is DENIED as moot; and (2) Judgment shall be entered: (a) granting the Petition, in part, and ORDERING Respondents **to <u>immediately release Petitioner Surender Kamboj (A# 203 604 235)</u>** from custody, subject to his preexisting conditions of release, if any, and returning all non-contraband items seized from Petitioner at the time of his detention; and (2) denying the Petition without prejudice in all other substantive respects.

Dated: October 21, 2026

PERCY ANDERSON
United States District Judge