UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

SURENDER KAMBOJ,

Petitioner,

v.

WARDEN, et al.,

Respondents.

No. 5:26-cv-06170-PA-JDE

JUDGMENT

In accordance with the Order Regarding Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition in this action is GRANTED, with Respondents ORDERED to immediately release **Petitioner Surender Kamboj (A# 203-604-235)** from custody, subject to his preexisting conditions of release, if any.

Dated: October 21, 2026

PERCY ANDERSON
United States District Judge